RALPH J. RENO, Respondent, v. PFEIL COOPERAGE, INC., Appellant.— Judgment and order affirmed, with costs. Memorandum: The evidence supports the verdict of the jury. We have examined the rulings complained of and find in them no error of substance. The judgment should be affirmed. (See *Watson* v. *Gugino*, 204 N. Y. 535, 541; *Cuppy* v. *Stollwerck Bros., Inc.*, 216 id. 591, 594; *Jamestown Business College Assn., Ltd.,* v. *Allen,* 172 id. 291, 294, 295; *Newburger* v. *American Surety Co.,* 242 id. 134, 142; *Gressing* v. *Musical Instrument Sales Co.,* 222 id. 215; *Brightson* v. *Claflin Co.,* 180 id. 76, 80; *Mason* v. *New York Produce Exchange,* 127 App. Div. 282, 285; affd., 196 N. Y. 548; *McClelland* v. *Climax Hosiery Mills,* 252 id. 347, 351, 354, 358; *Hollwedel* v. *Duffy-Mott Co., Inc.,* 263 id. 95, 103, 105.) All concur. (The judgment is for plaintiff in an action for damages for breach of contract. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD GLASER, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

NEW YORK JOINT STOCK LAND BANK OF ROCHESTER, Respondent, v. RYAN QUARRIES, INC., Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover the amount of a deficiency judgment duly docketed on a mortgage foreclosure. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

JOHN J. BENNETT, JR., as Attorney-General of the State of New York, upon His Own Information and upon the Complaint of RANSOM PRATT of Corning, New York, Respondent, v. SAM ROBERTS, Individually and Doing Business under the Assumed Name and Style of FRIENDLY ADJUSTMENT SERVICE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THE BATAVIA TIMES PUBLISHING CO., Respondent, v. GARRY J. FURY, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THEODORE ULM, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 776.] Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.